395 A.2d 987

Husack v. Husack, Appellant.

Argued September 11, 1978.   Wallace C. Worth, Jr., for appellant;  Michael L. Ozalas, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.
Order affirmed.

HESTER, J., dissented.